IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DANIEL MARBACH,

    Petitioner,

v.

FEDERAL BUREAU OF PRISONS;
FEDERAL CORRECTIONAL
INSTITUTION; JOSE VAZQUEZ,
Warden; ROBBIE DURHAM, Inmate
Systems Manager; YOLANDA
TUBBS, Unit Manager, and
J. MEAD,

    Respondents.

CIVIL ACTION NO.: CV206-024

## ORDER

Respondents have moved to dismiss Petitioner's action asserting that Petitioner has failed to exhaust his available administrative remedies.

Petitioner is hereby **ORDERED** to file any objections to the Respondents' motion for a dismissal, or to otherwise inform the court of his decision not to object to Respondents' motion, within twenty (20) days of the date of this Order. Should Petitioner not timely respond to this Order, the Court will determine that there is no opposition to the motion and grant the motion as unopposed.

**SO ORDERED**, this 21st day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)